# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2313

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Karl Hugh Roberts, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: July 28, 1999
Filed: August 11, 1999

_____

Before BOWMAN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Karl Hugh Roberts appeals the guidelines sentence imposed by the district court following Roberts's conviction of conspiracy to manufacture and distribute methamphetamine. Roberts stipulated at trial that 9.2 kilograms of methamphetamine were involved in the charged conspiracy and this amount was attributed to him in the presentence report for sentencing purposes. Although Roberts now contends he should be held responsible for only 18 ounces of the methamphetamine, he did not object to the presentence report or challenge the report at sentencing. Having considered the record and the parties' briefs, we are satisfied the district court correctly applied the

guidelines and the record supports the district court's decision.  We thus affirm Roberts's sentence without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.